# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANA THANOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL KRESCKO, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 12-5087 ODW (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Judgment be entered dismissing this action without prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: _December 6, 2012　　　　　　_____

　　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE