# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LIANA THANOU,                           )   Case No. CV 12-5087 ODW (JCG)
                                        )
                    Plaintiff,          )
                                        )   **JUDGMENT**
          v.                            )
                                        )
DANIEL KRESCKO, *et al.*,               )
                                        )
                    Defendants.         )
_____ )

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED:  December 6, 2012        _____

                             HON. OTIS D. WRIGHT II
                      UNITED STATES DISTRICT JUDGE