# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANA THANOU,<br><br>   Plaintiff,<br><br>  v.<br><br>DANIEL KRESCKO, *et al.*,<br><br>   Defendants. | Case No. CV 12-5087 ODW (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 6, 2012   _____

               HON. OTIS D. WRIGHT II
              UNITED STATES DISTRICT JUDGE